**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-1136 _____     _____ Caption [use short title] _____

**Motion for:** Motion to Hold 26-1136 Appeal in Abeyance.

_____

_____

Set forth below precise, complete statement of relief sought:

Plaintiff- Appellants respectfully move to have appeal

26-1136 held in abeyance pending the Court's

disposition of the Appeal No. 24-916.

In Re: Acetaminophen - ASD-ADHD Products Liability Litigation

**MOVING PARTY:** Plaintiff-Appellants _____     **OPPOSING PARTY:** Defendant-Appellees _____

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** David R. Buchanan _____     **OPPOSING ATTORNEY:** Jay P. Lefkowitz _____

[name of attorney, with firm, address, phone number and e-mail]

Seeger Weiss LLP 55 Challenger Road,          Kirkland & Ellis, LLP, 601 Lexington Avenue,

Ridgefield Park NJ 07660 973-639-9100         New York, NY 10022, 212-446-4800

dbuchanan@seegerweiss.com               lefknowitz@kirkland.com

Court- Judge/ Agency appealed from: The Hon. Judge Cote / Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____
_____
_____
_____
_____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ David R. Buchanan _____ **Date:** 5/15/2026 _____   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080 (**rev.12-13)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| Ryan Byrne, *et al*., <br><br>　　　　Plaintiffs-Appellants, <br><br>　　　　　　v. <br><br>Johnson & Johnson Consumer Inc. *et. al*., <br><br>　　　　Defendants-Appellees. | In Re: Acetaminophen - ASD-ADHD Products Liability Litigation <br><br><br><br>Appeal No. 26-1136 |

**PLAINTIFFS-APPELLANTS' MOTION TO HOLD APPEALS IN ABEYANCE**

Plaintiffs-Appellants ("Plaintiffs") in the above-captioned appeal respectfully move to have the appeal in *Byrne v. Johnson & Johnson Consumer Inc.*, Appeal No. 26-1136 ("*Byrne*"), filed on April 24, 2026, held in abeyance pending the Court's disposition of the appeal in *Rutledge v. Walgreen Co.*, No. 24-916 ("*Rutledge*"). The reasons supporting this motion are fully set forth in the accompanying Declaration of David R. Buchanan, dated May 15, 2026.

Dated: May 15, 2026　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*s/ David R. Buchanan*
　　　　　　　　　　　　　　　　DAVID R. BUCHANAN

**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656
Email: buchanan@seegerweiss.com
*Attorneys for Plaintiffs-Appellants*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of May 2026, I served the foregoing motion on all counsel of record in these appeals through the Court's CM/ECF system.

*s/ David R. Buchanan*
DAVID R. BUCHANAN

3

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| Ryan Byrne *et al*.,<br><br>    Plaintiffs-Appellants,<br><br>    v.<br><br>Johnson & Johnson Consumer Inc. *et. al*.,<br><br>    Defendants-Appellees. | In Re: Acetaminophen - ASD-ADHD Products Liability Litigation<br><br><br>Appeal No. 26-1136 |

**DECLARATION OF DAVID R. BUCHANAN IN SUPPORT
OF PLAINTIFFS-APPELLANTS' MOTION TO HOLD
APPEALS IN ABEYANCE**

DAVID. R. BUCHANAN declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm of SEEGER WEISS LLP and am admitted to practice in the States of New York and New Jersey and am also admitted to the Bar of this Court. I am counsel of record for Plaintiffs-Appellants ("Plaintiffs") in the above-captioned appeals. I have personal knowledge of the matters set forth herein based on my role as Counsel of Record.

2.      I make this Declaration in support of Plaintiffs' motion to have the appeal in *Byrne v. Johnson & Johnson Consumer Inc.*, Appeal No. 26-1136 ("*Byrne*"), filed on April 24, 2026, held in abeyance pending the Court's disposition

of the appeal in *Rutledge v. Walgreen Co.*, No. 24-916 ("*Rutledge*").

3.     Plaintiffs' appeal and *Rutledge* arise out of the district court's December 18, 2023 Decision excluding, under Federal Rule of Evidence ("FRE") 702, all of the expert opinions that the plaintiffs in the *Acetaminophen* MDL had proffered concerning general causation. *In re Acetaminophen—ASD-ADHD Prods. Liab. Litig.*, 707 F. Supp. 3d 309, 333-72 (S.D.N.Y. 2023) (ECF No. 1381 in No. 22-md-3043). Based on that ruling, the district court granted Defendants' motion for summary judgment, on the basis that the plaintiffs could not present any evidence of causation based on that court's FRE 702 ruling, and entered final judgment dismissing the cases. *See* No. 22-md-3043 (S.D.N.Y.) [ECF Nos. 1409, 1503].

4.     *Rutledge* is the lead appeal challenging the district court's decision, and it has been fully briefed.  Oral argument in *Rutledge* was heard by the Court on November 17, 2025. [ECF No. 244] The Court's Decision is pending as of the date of submission of this motion for abeyance.

5.     Consequently, should this Court find reversible error in *Rutledge* as to the district court's exclusion of the *Acetaminophen* MDL plaintiffs' expert testimony, it would also require the reversal of the final judgments in *Byrne*.

6.     Because the Court's resolution of *Rutledge* will almost certainly be dispositive of the *Byrne* appeal, the interests of judicial efficiency and economy

would best be served by holding the *Byrne* appeal in abeyance, thereby avoiding both unnecessary, duplicative briefing as well as the needless commitment of judicial resources in adjudicating those appeals.

7.   Counsel for Plaintiffs in the *Byrne* appeals has contacted counsel for Defendants-Appellees concerning the relief requested herein.   Counsel for Defendants-Appellees have advised that they do not oppose this motion.

8.   Under penalty of perjury, I declare the foregoing to be true and correct. Executed this May 15th, 2026.

*s/ David R. Buchanan*
DAVID R. BUCHANAN

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of May 2026, I served the foregoing declaration on all counsel of record in these appeals through the Court's CM/ECF system.

*s/ David R. Buchanan*
DAVID R. BUCHANAN

4